IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILTY ) ) ) ) Plaintiff, ) ) v. ) ) BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT ) ) ) ) Defendant. ) ) | Civil Action No. 1:10-01328 (RWR) |

**STIPULATION FOR ATTORNEY'S FEES**

Plaintiff Public Employees for Environmental Responsibility and Defendant Bureau of Ocean Energy Management, Regulation, and Enforcement, through their undersigned counsel, enter into this Settlement for Attorney's Fees.

The parties agree as follows:

1. Defendant will pay to Plaintiff the amount of $2,025.00 to cover attorney's fees, expenses, and costs of all counsel. This payment is full and final payment for all attorney's fees, expenses, and costs. This figure is inclusive of any interest. Defendant shall make payment to Plaintiff within forty-five days of the date of this Stipulation.

2. Contingent upon receipt of payment pursuant to Paragraph 1 above, Plaintiff hereby releases Defendant from any past, present, or future claims for attorney's fees, expenses, or costs in connection with this litigation.

3. In consideration of such payment, Plaintiff agrees that it will dismiss with prejudice the above-captioned lawsuit, except that the Court retains jurisdiction over the enforcement of the terms of this Agreement.

4.     In making this payment, no party is making an admission of liability or fault to any other party, and this Agreement shall not be construed as an admission of liability or fault. This Settlement of Attorney's Fees will not be used in any manner to establish liability for fees, amounts, or hourly rates, in any other case or proceeding.

5.     The below-signed counsel are authorized to enter into this Agreement on behalf of their respective clients.

Dated: May 5, 2011

| | |
|---|---|
| */s/ Paula Dinerstein* | TONY WEST |
| Paula Dinerstein | Assistant Attorney General |
| DC Bar No. 333971 | |
| Senior Counsel | RONALD C. MACHEN JR. |
| Public Employees for Environmental Responsibility | United States Attorney |
| 2000 P Street, NW Suite 240 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20036 | Deputy Director |
| (202) 265-7337 | Federal Programs Branch |
| | Email: EShapiro@civ.usdoj.gov |
| | |
| | */s/ Matthew J.B. Lawrence* |
| | MATTHEW J.B. LAWRENCE |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue NW |
| | Washington, DC 20530 |
| | Tel: (202) 305-0747 |
| | Fax: (202) 616-8470 |
| | Email: Matthew.J.Lawrence@usdoj.gov |
| | |
| | Attorneys for Defendant |